THOMAS P. STEINDLER (*Pro Hac Vice*)
tsteindler@mwe.com
MICHAEL V. O'SHAUGHNESSY (*Pro Hac Vice*)
moshaughnessy@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 469-1470

NICOLE CLOUSE (*Pro Hac Vice*)
nclouse@mwe.com
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-3841
Fax: (617) 535-3800

See attached list of co-counsel.

*Attorneys for Novartis Vaccines and Diagnostics, Inc.*

MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
DAVID P. FRAZIER (*pro hac vice*)
david.frazier@lw.com
ELISSA N. KNOFF (Bar No. 309497)
elissa.knoff@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

GREGORY K. SOBOLSKI (SBN 267428)
gregory.sobolski@lw.com
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for AbbVie, Inc.*

ANDREA MEGHROUNI-BROWN
(SBN 14823)
andrea.meghrouni-brown@grifols.com
GRIFOLS DIAGNOSTIC
SOLUTIONS INC.
4560 Horton Street
Emeryville, CA 94608
Tel: (510) 923-5237
Fax: (510) 923-5253

*Attorney for Grifols Worldwide Operations Ltd.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBVIE INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS VACCINES & DIAGNOSTICS, INC. and GRIFOLS WORLDWIDE OPERATIONS LTD.,<br><br>Defendants. | Case No. 3:17-CV-01815 EMC<br><br>**STIPULATION & [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION** |

**STIPULATION & [PROPOSED] ORDER
TO STAY PENDING MOTION TO
COMPEL ARBITRATION
CASE NO. 3:17-CV-01815 EMC**

Additional co-counsel:

SHERMAN KAHN (SBN: 168924)
skahn@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Tel: (212) 524-9309
Fax: (212)529-5132

JASON R. BARTLETT (SBN: 214530)
jbartlett@mkwllp.com
MARC J. PERNICK (SBN: 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
275 Battery Street, Suite 480
San Francisco, CA 94111
Tel: (415) 738-6228
Fax: (415) 738-2315

**STIPULATION & [PROPOSED] ORDER TO STAY PENDING MOTION TO COMPEL ARBITRATION**
**CASE NO. 3:17-CV-01815 EMC**

Plaintiff AbbVie Inc. ("AbbVie"), Defendant Novartis Vaccines and Diagnostics, Inc. ("Novartis") and Defendant Grifols Worldwide Operations Ltd. ("Grifols") file this stipulated request and respectfully ask the Court to stay all scheduling order requirements pending resolution of Defendant Novartis's Motion to Compel Arbitration and to Stay ("Motion to Compel Arbitration"). As grounds, the parties state as follows:

On March 31, 2017, AbbVie filed its declaratory judgment Complaint in this case. Novartis filed its Answer to Complaint on May 25, 2017. (Dkt. No. 42.) Contemporaneously herewith, however, Novartis is filing a Motion to Compel Arbitration, arguing that a license agreement between Novartis and AbbVie requires arbitration of all issues presented in this dispute. AbbVie plans to oppose the Motion to Compel Arbitration.

In view of the foregoing, and to avoid unnecessary expenditure of judicial resources, the parties concur that good cause exists to stay all upcoming deadlines in this case until a ruling is made on the Motion to Compel Arbitration. For these reasons, the parties request that all aspects of this case other than those related to the issue of arbitrability be stayed pending a ruling by the Court on the Motion to Compel Arbitration, including without limitation Grifols' obligation to answer or otherwise respond to the Complaint, Grifols' right to challenge service of process, the parties' invalidity contentions, claim construction submissions, and fact discovery.

WHEREFORE, the parties respectfully request that, for good cause shown, the Court grant this stipulated request and enter the stay as provided herein.

Dated: June 5, 2017          Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By:  /s/ *Thomas P. Steindler*
     Thomas P. Steindler

*Attorneys for Novartis Vaccines and Diagnostics, Inc.*

LATHAM & WATKINS LLP

By: */s/ Gregory K. Sobolski*
Gregory K. Sobolski

*Attorneys for AbbVie Inc.*

*/s/ Andrea Meghrouni-Brown*
Andrea Meghrouni-Brown

*Attorney for Grifols Worldwide Operations Ltd.*

## SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Gregory K. Sobolski and Andrea Meghrouni-Brown indicated by the "conformed" signatures (/s/) within this e-filed document.

*/s/ Thomas P. Steindler*
Thomas P. Steindler

# [~~PRO~~POSED] ORDER

Pursuant to Stipulation, all scheduling requirements are stayed until the Court issues its ruling on Novartis' Motion to Compel Arbitration and to Stay.

IT IS SO ORDERED.

Date: 6/6/17



The H[onorable]
United [States District Judge]

DM_US 81937451-3.085448.0181