| | |
|---|---|
| THOMAS P. STEINDLER (*Pro Hac Vice*) <br> tsteindler@mwe.com <br> MICHAEL V. O'SHAUGHNESSY (*Pro Hac Vice*) <br> moshaughnessy@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 500 N. Capitol St., N.W. <br> Washington, DC 20001 <br> Tel: (202) 756-8000 <br> Fax: (202 756-8087 <br><br> WILLIAM G. GAEDE III (SBN: 136184) <br> wgaede@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 275 Middlefield Road, Suite 100 <br> Menlo Park, CA 94025 <br> Tel: (650) 815-7400 <br> Fax: (650) 469-1470 <br><br> NICOLE CLOUSE (*Pro Hac Vice*) <br> nclouse@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 28 State Street <br> Boston, MA 02109 <br> Tel: (617) 535-3841 <br> Fax: (617) 535-3800 <br><br> See attached list of co-counsel. | MICHAEL A. MORIN (*Pro Hac Vice*) <br> michael.morin@lw.com <br> DAVID P. FRAZIER (*Pro Hac Vice*) <br> david.frazier@lw.com <br> ELISSA N. KNOFF (SBN: 309497) <br> elissa.knoff@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004 <br> Tel: (202) 637-2200 <br> Fax: (202) 637-2201 <br><br> GREGORY K. SOBOLSKI (SBN 267428) <br> gregory.sobolski@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery St., Suite 2000 <br> San Francisco, CA 94111 <br> Tel: (415) 391-0600 <br> Fax: (415) 395-8095 <br><br> *Attorneys for AbbVie Inc.* <br><br> ANDREA MEGHROUNI-BROWN (SBN 14823) <br> andrea.meghrouni-brown@grifols.com <br> GRIFOLS DIAGNOSTIC SOLUTIONS INC. <br> 4560 Horton Street <br> Emeryville, CA 94608 <br> Tel: (510) 923-5237 <br> Fax: (510) 923-5253 <br><br> *Attorney for Grifols Worldwide Operations Ltd.* |

*Attorneys for Novartis Vaccines and Diagnostics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBVIE INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS VACCINES AND DIAGNOSTICS, INC. and GRIFOLS WORLDWIDE OPERATIONS LTD., <br><br> Defendants. | Case No. 3:17-CV-01815 EMC <br><br> **STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR MOTION TO COMPEL ARBITRATION AND TO STAY** |

Additional co-counsel:

SHERMAN KAHN (SBN: 168924)
skahn@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Tel: (212) 524-9309
Fax: (212)529-5132

JASON R. BARTLETT (SBN: 214530)
jbartlett@mkwllp.com
MARC J. PERNICK (SBN: 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
275 Battery Street, Suite 480
San Francisco, CA 94111
Tel: (415) 738-6228
Fax: (415) 738-2315

- 1 -

**STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHED. & HEARING DATE FOR MOTION TO COMPEL**
**CASE NO. 3:17-CV-01815 EMC**

Plaintiff AbbVie Inc. ("AbbVie"), Defendant Novartis Vaccines and Diagnostics, Inc. ("Novartis") and Defendant Grifols Worldwide Operations Ltd. ("Grifols") file this stipulated request and respectfully ask the Court to modify the briefing schedule for Defendant Novartis's Motion to Compel Arbitration and to Stay ("Motion to Compel Arbitration"). As grounds, the parties state as follows:

On June 5, 2017, Novartis filed its Motion to Compel Arbitration (ECF No. 48) in this case. In view of the schedules of counsel and with consideration to the Court's schedule over the coming months, the undersigned counsel met, conferred and agreed to extend the briefing schedule and hearing date as follows:

| Event | Original Date | New Date |
| --- | --- | --- |
| Responses Due | 6/19/2017 | 7/7/2017 |
| Replies Due | 6/26/2017 | 7/21/2017 |
| Motion Hearing | 7/13/2017, 1:30pm | 8/17/2017, 1:30pm |

In addition, on June 5, 2017, the parties also filed a stipulated request to stay the proceedings in this case pending resolution of the Motion To Compel Arbitration and to Stay, which the Court granted on June 6, 2017. (ECF No. 53) ("Pursuant to Stipulation, all scheduling requirements are stayed until the Court issues its ruling on Novartis' Motion To Compel Arbitration and to Stay"). On that same date, however, a Clerk's Notice was entered stating that the Case Management Conference is reset to August 24, 2017 with the Case Management Statement due on August 17, 2017. (ECF No. 54) Given the Court's June 6, 2017 Order staying "all scheduling requirements" in this case "until the Court issues its ruling on Novartis' Motion To Compel Arbitration and to Stay," the parties respectfully request that the June 6, 2017 Clerk's Notice setting the Case Management Conference be vacated.

Grifols respectfully continues to reserve its right to challenge service of process in this case.

**STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHED. & HEARING DATE FOR MOTION TO COMPEL CASE NO. 3:17-CV-01815 EMC**

WHEREFORE, the parties respectfully request that, for good cause shown, the Court grant this stipulated request.

Dated: June 8, 2017      Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By:  /s/ *Thomas P. Steindler*
Thomas P. Steindler

*Attorneys for Novartis Vaccines and Diagnostics, Inc.*

- 3 -

**STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHED. & HEARING DATE FOR MOTION TO COMPEL
CASE NO. 3:17-CV-01815 EMC**

LATHAM & WATKINS LLP

By: */s/ Gregory K. Sobolski*
Gregory K. Sobolski

*Attorneys for AbbVie Inc.*


*/s/ Andrea Meghrouni-Brown*
Andrea Meghrouni-Brown

*Attorney for Grifols Worldwide Operations Ltd.*

- 4 -

**STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHED. & HEARING DATE FOR MOTION TO COMPEL
CASE NO. 3:17-CV-01815 EMC**

## SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Gregory K. Sobolski and Andrea Meghrouni-Brown indicated by the "conformed" signatures (/s/) within this e-filed document.

*/s/ Thomas P. Steindler*
Thomas P. Steindler

- 5 -

**STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHED. & HEARING DATE FOR MOTION TO COMPEL**
**CASE NO. 3:17-CV-01815 EMC**

## [PROPOSED] ORDER

Pursuant to Stipulation, the briefing schedule for Novartis' Motion to Compel Arbitration and to Stay has been modified as follows:

| Event | Original Date | New Date |
| --- | --- | --- |
| Responses Due | 6/19/2017 | 7/7/2017 |
| Replies Due | 6/26/2017 | 7/21/2017 |
| Motion Hearing | 7/13/2017, 1:30pm | 8/17/2017, 1:30pm |

In addition, the Clerk's Notice dated June 6, 2017 (ECF No. 54) setting a date for the Case Management Conference is hereby ~~VACATED.~~ reset from 8/24/17 to 11/16/17 at 9:30 a.m. A joint CMC statement shall be filed by 11/9/17.

IT IS SO ORDERED.

Date: 6/8/17

_____
The Honorable Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

DM_US 82443209-5.085448.0181

- 6 -

**STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING SCHED. & HEARING DATE FOR MOTION TO COMPEL
CASE NO. 3:17-CV-01815 EMC**