| | |
|---|---|
| MICHAEL A. MORIN (*pro hac vice*) <br> michael.morin@lw.com <br> DAVID P. FRAZIER (*pro hac vice*) <br> david.frazier@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004 <br> Telephone: +1.202.637.2200 <br> Facsimile: +1.202.637.2201 | THOMAS P. STEINDLER (*pro hac vice*) <br> tsteindler@mwe.com <br> MICHAEL V. O'SHAUGHNESSY (*pro hac vice*) <br> moshaughnessy@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 500 N. Capitol St., N.W. <br> Washington, DC 20001 <br> Tel: (202) 756-8000 <br> Fax: (202 756-8087 |
| GREGORY K. SOBOLSKI (Bar No. 267428) <br> gregory.sobolski@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery St., Suite 2000 <br> San Francisco, California 94111 <br> Telephone: +1.415.391.0600 <br> Facsimile: +1.415.395.8095 | WILLIAM G. GAEDE III (SBN: 136184) <br> wgaede@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 275 Middlefield Road, Suite 100 <br> Menlo Park, CA 94025 <br> Tel: (650) 815-7400 <br> Fax: (650) 469-1470 |
| Attorneys for Plaintiff ABBVIE INC. | NICOLE CLOUSE (*pro hac vice*) <br> nclouse@mwe.com <br> MCDERMOTT WILL & EMERY LLP <br> 28 State Street <br> Boston, MA 02109 <br> Tel: (617) 535-3841 <br> Fax: (617) 535-3800 |
| ANDREA MEGHROUNI-BROWN <br> VP, Assistant General Counsel <br> Grifols Diagnostic Solutions Inc. <br> 4560 Horton Street <br> Emeryville, California 94608 | |
| | See attached list of co-counsel. |
| Attorney for GRIFOLS WORLDWIDE OPERATIONS LTD. | Attorneys for Defendant NOVARTIS VACCINES AND DIAGNOSTICS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBVIE INC. <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS VACCINES & DIAGNOSTICS, INC. and GRIFOLS WORLDWIDE OPERATIONS LTD. <br><br> Defendants. | CASE NO. 3:17-cv-01815-EMC <br><br> **STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF ARBITRATION** <br><br> Complaint filed March 31, 2017 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE
MANAGEMENT CONFERENCE
Case No. 3:17-cv-01815-EMC

Additional co-counsel:

SHERMAN KAHN (SBN: 168924)
skahn@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Tel: (212) 524-9309
Fax: (212)529-5132

JASON R. BARTLETT (SBN: 214530)
jbartlett@mkwllp.com
MARC J. PERNICK (SBN: 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
275 Battery Street, Suite 480
San Francisco, CA 94111
Tel: (415) 738-6228
Fax: (415) 738-2315

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE
MANAGEMENT CONFERENCE
Case No. 3:17-cv-01815-EMC

Plaintiff AbbVie, Inc. ("AbbVie"), Defendant Novartis Vaccines and Diagnostics, Inc., ("Novartis"), and Defendant Grifols Worldwide Operations Ltd. ("Grifols") file this stipulated request and respectfully ask the Court to modify the case schedule to postpone the Initial Case Management Conference and due date for the Case Management Statement, pending resolution of arbitration between AbbVie and Novartis.

On August 31, 2017, this Court granted Defendant's Motion to Compel Arbitration. (D.I. 73.) In response, AbbVie and Novartis commenced arbitration. The arbitration proceedings are on-going.

A Case Management Conference is currently scheduled for February 1, 2018, with a Case Management Statement due on January 25, 2018. (D.I. 76.)

In view of the foregoing, and to avoid unnecessary expenditure of judicial resources, the parties concur that good cause exists to stay upcoming deadlines in this case pending resolution of the arbitration proceedings. Therefore, the parties request that the Court postpone the Case Management Conference and reset the due date for the Case Management Statement to correspond with that rescheduled Conference. The parties will inform the Court when arbitration is concluded, so that any appropriate schedule can be entered.

WHEREFORE, the parties respectfully request that, for good cause shown, the Court grant this stipulated request.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | By: */s/ Michael A. Morin* |
| 5 | | MICHAEL A. MORIN (*pro hac vice*)<br>michael.morin@lw.com |
| 6 | | 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: +1.202.637.2200 |
| 7 | | Facsimile: +1.202.637.2201 |
| 8 | | Attorney for Plaintiff ABBVIE INC. |
| 9 | | |
| 10 | | MCDERMOTT WILL & EMERY LLP |
| 11 | | By: */s/ Thomas P. Steindler* |
| 12 | | THOMAS P. STEINDLER (*pro hac vice*)<br>tsteindler@mwe.com |
| 13 | | 500 N. Capitol St., N.W.<br>Washington, DC 20001<br>Tel: (202) 756-8000 |
| 14 | | Fax: (202 756-8087 |
| 15 | | Attorney for Defendant NOVARTIS VACCINES AND DIAGNOSTICS, INC. |
| 16 | | |
| 17 | | GRIFOLS WORLDWIDE OPERATIONS LTD. |
| 18 | | |
| 19 | | By: */s/ Andrea Meghrouni-Brown* |
| 20 | | ANDREA MEGHROUNI-BROWN<br>VP, Assistant General Counsel |
| 21 | | Grifols Diagnostic Solutions Inc.<br>4560 Horton Street<br>Emeryville, California 94608 |
| 22 | | Attorney for Defendant GRIFOLS WORLDWIDE OPERATIONS LTD. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE
MANAGEMENT CONFERENCE
Case No. 3:17-cv-01815-EMC

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in filing has been obtained from Michael A. Morin, Thomas P. Steindler, and Andrea Meghrouni-Brown indicated by a "conformed" signature (/s/) within this e-filed document.

By: */s/ Gregory K. Sobolski*
Gregory K. Sobolski

# [PROPOSED] ORDER

Pursuant to Stipulation, the Clerk's Notice dated August 31, 2017 (ECF No. 76) setting a date for the Case Management Conferences is hereby ~~VACATED~~. reset for 3/29/18 at 9:30 a.m.

Date: _1/26/18_____  _____



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen