MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
DAVID P. FRAZIER (*pro hac vice*)
david.frazier@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

GREGORY K. SOBOLSKI (Bar No. 267428)
gregory.sobolski@lw.com
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff ABBVIE INC.

ANDREA MEGHROUNI-BROWN
VP, Assistant General Counsel
Grifols Diagnostic Solutions Inc.
4560 Horton Street
Emeryville, California 94608

Attorney for GRIFOLS WORLDWIDE OPERATIONS LTD.

THOMAS P. STEINDLER (*pro hac vice*)
tsteindler@mwe.com
MICHAEL V. O'SHAUGHNESSY (*pro hac vice*)
moshaughnessy@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 469-1470

NICOLE CLOUSE (*pro hac vice*)
nclouse@mwe.com
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-3841
Fax: (617) 535-3800

See attached list of co-counsel.

Attorneys for Defendant NOVARTIS VACCINES AND DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBVIE INC.<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS VACCINES & DIAGNOSTICS, INC. and GRIFOLS WORLDWIDE OPERATIONS LTD.<br><br>Defendants. | CASE NO. 3:17-cv-01815-EMC<br><br>**STIPULATION & [PRO~~POS~~ED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF ARBITRATION** (revised)<br><br>Complaint filed March 31, 2017 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE
MANAGEMENT CONFERENCE
Case No. 3:17-cv-01815-EMC

Additional co-counsel:

SHERMAN KAHN (SBN: 168924)
skahn@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
15 W. 26th Street, 7th Floor
New York, NY 10010
Tel: (212) 524-9309
Fax: (212) 529-5132

JASON R. BARTLETT (SBN: 214530)
jbartlett@mkwllp.com
MARC J. PERNICK (SBN: 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
275 Battery Street, Suite 480
San Francisco, CA 94111
Tel: (415) 738-6228
Fax: (415) 738-2315

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE
MANAGEMENT CONFERENCE
Case No. 3:17-cv-01815-EMC

1  Plaintiff AbbVie, Inc. ("AbbVie"), Defendant Novartis Vaccines and Diagnostics, Inc.,
2  ("Novartis"), and Defendant Grifols Worldwide Operations Ltd. ("Grifols") file this stipulated
3  request and respectfully ask the Court to modify the case schedule to postpone the Initial Case
4  Management Conference and due date for the Case Management Statement, pending resolution
5  of arbitration between AbbVie and Novartis.
6  On August 31, 2017, this Court granted Defendant's Motion to Compel Arbitration. (D.I.
7  73.) In response, AbbVie and Novartis commenced arbitration. The arbitration proceedings
8  remain on-going.
9  A Case Management Conference is currently scheduled for March 29, 2018, with a Case
10 Management Statement due on March 22, 2018. (D.I. 79.)
11 In view of the foregoing, and to avoid unnecessary expenditure of judicial resources, the
12 parties concur that good cause exists to stay upcoming deadlines in this case pending resolution
13 of the arbitration proceedings. Therefore, the parties request that the Court postpone the Case
14 Management Conference and reset the due date for the Case Management Statement to
15 correspond with that rescheduled Conference. The parties request that a Case Management
16 Conference be set at the Court's convenience in **November 2018**.
17 WHEREFORE, the parties respectfully request that, for good cause shown, the Court
18 grant this stipulated request.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION & [PROPOSED] ORDER TO POSTPONE CASE
MANAGEMENT CONFERENCE
Case No. 3:17-cv-01815-EMC

| | |
|---|---|
| Dated: March 20, 2018 | Respectfully submitted, |

LATHAM & WATKINS LLP

By:   */s/ Gregory K. Sobolski*
      GREGORY K. SOBOLSKI
      gregory.sobolski@lw.com
      LATHAM & WATKINS LLP
      505 Montgomery St., Suite 2000
      San Francisco, California 94111
      Telephone: (415) 391-0600
      Facsimile: (4150 395-8095

Attorney for Plaintiff ABBVIE INC.


MCDERMOTT WILL & EMERY LLP

By:   */s/ Thomas P. Steindler*
      THOMAS P. STEINDLER (*pro hac vice*)
      tsteindler@mwe.com
      500 N. Capitol St., N.W.
      Washington, DC 20001
      Tel: (202) 756-8000
      Fax: (202 756-8087

Attorney for Defendant NOVARTIS VACCINES AND DIAGNOSTICS, INC.


GRIFOLS WORLDWIDE OPERATIONS LTD.

By:   */s/ Andrea Meghrouni-Brown*
      ANDREA MEGHROUNI-BROWN
      VP, Assistant General Counsel
      Grifols Diagnostic Solutions Inc.
      4560 Horton Street
      Emeryville, California 94608

Attorney for Defendant GRIFOLS WORLDWIDE OPERATIONS LTD.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in filing has been obtained from the other signatories indicated by a "conformed" signature (/s/) within this e-filed document.

By: */s/ Gregory K. Sobolski*
Gregory K. Sobolski

# [PROPOSED] ORDER

Pursuant to Stipulation, the Court's Order dated January 26, 2018 (ECF No. 79) setting a date for the Case Management Conferences is hereby VACATED. The Case Management Conference is reset for ~~November~~ September 13, 2018 at 9:30 a.m.

Date: 3/21/18

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen
United States District Court, Northern District of California